People of the State of Illinois ex rel. Erick Anderson
et al., Appellees, v. City of Chicago et al., Appellants.

Gen. No. 41,745.

Heard in second division, first
district, this court at June term, 1941; opinion filed November 17, 1942.
Barnet Hodes, Corporation Counsel, for appellants; Joseph F. Gross-

man, First Assistant Corporation Counsel, and J. Herzl Segal, Assistant Corporation Counsel, of counsel; James W. Breen, for appellees. Opinion by JUSTICE SCANLAN. "Not to be published in full."